1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Albert George Curtis
6

7

8                 **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10

11  ALBERT GEORGE CURTIS,              ) No.   1:13-cv-01111-LJO-BAM
                                       )
12            Plaintiff,               ) **STIPULATION FOR DISMISSAL OF**
                                       ) **ACTION; ORDER**
13        vs.                          )
                                       )
14  GROCERY OUTLET, INC., et al.,      )
                                       )
15            Defendants.              )
                                       )
16                                     )
                                       )
17  _____   )

18

19

20

21

22

23

24

25

26

27

28

1

2          IT IS HEREBY STIPULATED by and between Plaintiff Albert George Curtis

3    and Defendants Grocery Outlet, Inc., dba Grocery Outlet Bargain Market; and Valley Oaks

4    Shopping Center, L.P., the parties to this action, by and through their respective counsel, that

5    pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be

6    dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

7    Date: September 26, 2013              MOORE LAW FIRM, P.C.

8

9                                          */s/ Tanya E. Moore*
                                           Tanya E. Moore
10                                         Attorney for Plaintiff
                                           Albert George Curtis
11

12

13   Date: September 26, 2013              GORDON & REES LLP

14

15                                         */s/ Adam Sugarman*
                                           Adam Sugarman
16                                         Attorneys for Defendants
                                           Grocery Outlet, Inc. and Valley Oaks
17                                         Shopping Center, L.P.

18

19

20                                **ORDER**

21

22        The parties having so stipulated,

23        IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

24   Each party shall bear its own attorney's fees and costs.  The clerk is directed to close this

25   action.

26

27   IT IS SO ORDERED.

28     Dated:   **September 26, 2013**          **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

                    STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER