1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Albert George Curtis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ALBERT GEORGE CURTIS, | ) No. 1:13-cv-01111-LJO-BAM |
|---|---|
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | ) |
| GROCERY OUTLET, INC., et al., | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Albert George Curtis and Defendants Grocery Outlet, Inc., dba Grocery Outlet Bargain Market; and Valley Oaks Shopping Center, L.P., the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: September 26, 2013             MOORE LAW FIRM, P.C.


                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorney for Plaintiff
                                     Albert George Curtis


Date: September 26, 2013             GORDON & REES LLP


                                     */s/ Adam Sugarman*
                                     Adam Sugarman
                                     Attorneys for Defendants
                                     Grocery Outlet, Inc. and Valley Oaks
                                     Shopping Center, L.P.


## ORDER

   The parties having so stipulated,

   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.  Each party shall bear its own attorney's fees and costs.  The clerk is directed to close this action.


IT IS SO ORDERED.

   Dated:   **September 26, 2013**            **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER